UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JUAN ORTEGA, on behalf of himself and all others similarly situated,

                    Plaintiff,

          -v-

MUSICTODAY II, LLC,

                    Defendant.
-------------------------------------------------------------------X

Civil Action No.: 21-cv-10295(ER)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to improving the accessibility of its Website: shop.asapferg.com. Defendant shall bring the Website into substantial compliance with the DOJ's Guidance on Web Accessibility and the ADA, issued on March 18, 2022 (the "DOJ's Guidance"), by May 1, 2023. Defendant further maintains that any visually-impaired individual who is need of additional assistance accessing the Website is welcome to call Defendant's customer service number at (877)-687-4277.

**IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding anything contained herein, the Website shall be permitted to link to web content owned or operated by others containing Third-Party Content (as defined below) that may not be accessible to individuals with disabilities. The term "Third-Party Content" refers to web content that is not

developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for the accessibility of such Third-Party Content.

**IT IS FURTHER STIPULATED AND AGREED,** that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to bring the Website into substantial compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York

    June 13, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

_____
Jennifer E. Sherven, Esq.
Taylor M. Ferris, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:   New York, New York

    May 16, 2022

MIZRAHI KROUB LLP
*Attorneys for Plaintiff*

_____
Jarrett Charo, Esq.
200 Vesey Street, 24th Floor.
New York, New York 10281
T: (212) 595-6200

**SO ORDERED:**

_____
Date:   June 14, 2022
       New York, New York